**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH IRWIN and JOHN JOSEPH RICHTER,<br><br>         Defendants. | Case: 1:24–mc–00047<br>Assigned To : Moss, Randolph D.<br>Assign. Date : 4/9/2024<br>Description: Misc.<br>Case No: 21-cr-589-RDM |

## APPLICATION FOR ACCESS TO TRIAL EXHIBITS

Pursuant to Local Criminal Rule 57.6, applicants Cable News Network, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Buzzfeed, Inc. d/b/a BuzzFeed News, CBS Broadcasting Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Gannett Co., Inc., Gray Media Group, Inc., Los Angeles Times Communications LLC, publisher of The Los Angeles Times, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, Pro Publica, Inc., Tegna, Inc., and WP Company LLC, d/b/a The Washington Post (together, the "Press Coalition") respectfully seek access, under the First Amendment and common law, to the exhibits that were admitted into evidence at the May 2024 bench trial held in this matter.  In support of this application the Press Coalition states as follows:

1.      On May 14, 2021, in response to a motion filed by the Press Coalition, then-Chief Judge Beryl A. Howell issued Standing Order No. 21-28 (the "Standing Order").  The Standing Order recognizes "[t]he significant public and media interest in the numerous criminal cases arising from the January 6, 2021 violent breach of the United States Capitol (the 'Capitol Cases')."  *See* Standing Order at 2.

**RECEIVED**

APR - 9 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2.      To accommodate this interest, the Standing Order provides that "[m]embers of the media seeking access to video exhibits submitted to the Court in Capitol Cases may file an application . . . to the presiding judge in the case, or if no judge has been assigned, to the Chief Judge, for determination, and the judge may seek the position of the parties." *See id.* at 5.

3.      The Standing Order further provides that "[u]pon grant of such media application, the government shall make the video exhibit[s] available to any member of the media with necessary access credentials provided by the government, unless the order otherwise limits access." *See id.* at 5-6.  Specifically, the Standing Order states that "[m]embers of the media provided access to video exhibits in a particular case pursuant to such order may view those exhibits" by way of an electronic "'drop box'" into which the Government has agreed to place videos subject to access orders in the Capitol Cases. *See id.* at 6.

4.      This is one of the Capitol Cases.  Defendants Joseph Irwin and John Joseph Richter were charged with a number of crimes related to their conduct on January 6.  A bench trial commenced on March 11, 2024, and the Court has scheduled delivery of the verdict for May 14, 2024.  *See* March 28, 2024 Minute Order.

5.      The Government showed the Court a number of video exhibits during trial (the "Trial Exhibits"). *See* Dkt. 137.

6.      The Trial Exhibits are plainly "intended to influence the court" in its decision-making, and as a result they are judicial records subject to a "strong presumption in favor of public access."  *Leopold v. United States*, 964 F.3d 1121, 1127-28 (D.C. Cir. 2020) (Garland, J.).

7.      Neither the Defendant nor the Government could possibly rebut the presumption of access to these Trial Exhibits, which were admitted in open court, under *United States v.*

*Hubbard*, 650 F.2d 293, 317-21 (D.C. Cir. 1980).  *See also, e.g.*, *Craig v. Harney*, 331 U.S. 367, 374 (1947) ("A trial is a public event.  What transpires in the court room is public property.").

8.      Because the Trial Exhibits are judicial records subject to an unrebutted presumption of public access, the Court should grant this Application and direct the Government to release the Trial Exhibits to the Press Coalition via electronic "drop box" within 72 hours.  To expedite that release, the Court should instruct the Government to provide Coalition members and their counsel with the "necessary access credentials" referenced in the Standing Order.

9.      The Standing Order provides that "[n]o recording, copying, downloading, retransmitting or further broadcasting of video exhibits in a particular case is permitted, unless such permission is granted by the presiding judge."  *See* Standing Order at 6.  The Press Coalition therefore requests that the Court grant permission to record, copy, download, retransmit, and otherwise further publish these Trial Exhibits.[1]

## CONCLUSION

For the foregoing reasons, the Press Coalition respectfully requests that the Court order the Government to release the Trial Exhibits, without restriction, within 72 hours.

Dated:  April 9, 2024            Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

---

[1] The Press Coalition makes this request without conceding that the Standing Order complies with the First Amendment or common law, and expressly reserving the right to challenge this and other portions of the Standing Order in this and other Capitol Cases.

russelll@ballarspahr.com

*Counsel for the Press Coalition*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2024, I caused true and correct copies of the foregoing to

be served via electronic mail and U.S. Mail on the following:

Ashley Akers
DOJ-CIV
Commercial Litigation Branch
1100 L Street Northwest
Washington, DC 20530
ashley.akers@usdoj.gov

James Pearce
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION APPELLATE
SECTION
Department of Justice, Criminal Division
950 Pennsylvania Ave NW
Suite 1250
Washington, DC 20530
james.pearce@usdoj.gov

Matthew Edward Vigeant
U.S. ATTORNEY'S OFFICE
Capitol Siege Section
601 D Street, NW
Washington, DC 20579
matthew.vigeant@usdoj.gov

Samantha Ritvo Miller
USAO
USAO DDC
601 D Street NW
Washington, DC 20001
samantha.miller@usdoj.gov

*Attorneys for the United States of America*

Chastity R Beyl
Aaron Michael Dyke
WESTERN KY FEDERAL COMMUNITY
DEFENDER
629 S. Fourth Street
Suite 200
Louisville, KY 40202
chastity_beyl@fd.org
aaron_dyke@fd.org

*Attorneys for Joseph Irwin*

Matthew Campbell
FEDERAL PUBLIC DEFENDER FOR THE
VIRGIN ISLANDS
1336 Beltjen Road, Suite 202
St. Thomas, VI 00802
matt_campbell@fd.org

*Attorney for John Joseph Richter*

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)

4